

Search for Cases by: Select Search Method...

Judicial Links | eFiling | Help | Contact Us | Print    Logon

**22SL-CC03462 - ALICIA HARROLD V THE BOEING CO (E-CASE)**

Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/Execution

Sort Date Entries:  ● Descending  ○ Ascending    Display Options: All Entries

| | |
|---|---|
| 08/31/2022 | **Summons Personally Served** |
| | Document ID - 22-SMCC-6307; Served To - THE BOEING CO; Server - ; Served Date - 11-AUG-22; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Served |
| 08/26/2022 | **Affidavit Filed** |
| | Affidavit of Service Summons Served. |
| | **Filed By:** HERMAN L. JIMERSON |
| | **On Behalf Of:** ALICIA HARROLD |
| 08/02/2022 | **Summons Issued-Circuit** |
| | Document ID: 22-SMCC-6307, for THE BOEING CO. Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service. |
| 07/27/2022 | **Filing Info Sheet eFiling** |
| | **Filed By:** HERMAN L. JIMERSON |
| | **Pet Filed in Circuit Ct** |
| | Complaint; Exhibit 1. |
| | **Filed By:** HERMAN L. JIMERSON |
| | **On Behalf Of:** ALICIA HARROLD |
| | **Judge Assigned** |
| | DIV 21 |

Case.net Version 5.14.58          Return to Top of Page          Released 08/24/2022

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

| | |
|---|---|
| ALICIA HARROLD, ) | |
| ) | |
| Plaintiff, ) | CAUSE NUMBER: |
| ) | |
| Vs. ) | DIVISION: |
| ) | |
| THE BOEING CO. ) | |
| Serve at: CSC Lawyer Inc Service Co. ) | |
| 221 Bolivar Street ) | JURY TRIAL REQUESTED |
| Jefferson City, MO 65101 ) | |

## COMPLAINT

COMES NOW Ms. Alicia Harrold, by and through her attorney, Herman L. Jimerson, in support of her Complaint states and alleges the following:

### ALLEGATIONS COMMON TO ALL COUNTS

1. That this action is authorized and instituted pursuant to Civil Rights Act of 1964 as amended, 42 U.S.C. 2000e et seq., 42 U.S.C. 12101, and the Missouri Human Rights Act and brings a complaint for unlawful employment practices; racial discrimination; age discrimination and retaliation in employment in violation of federal civil rights legislation against the Defendant. All Defendant's unlawful employment actions subjected Plaintiff to a hostile work environment. In support of said complaint Plaintiff states and alleges the following:

2. That jurisdiction of this Court is invoked pursuant to 706(f) of Title VII, 42 U.S.C. 2003-5(f);

3. That the unlawful employment practices complained of herein were committed in St. Louis County and in various states where Defendant's employees conducted business on behalf of the Defendant in respect to Plaintiff's claims.

4. That Plaintiff is a citizen of the United States, and resides in the State of Missouri, St. Louis County.

5. That Plaintiff is African American female age of 67.

6. That Defendant Boeing is an international company that is operating in St. Louis County.

7. That Plaintiff has complied with all conditions precedent to jurisdiction under 42 U.S.C. 2000e-5 in that a charge of employment discrimination was filed with the Equal Employment Opportunity Commission and Missouri Commission of Human Rights within 180 days of the unlawful employment practices. Notice of a Right to Sue was marked on May 18, 2022 received in due course of mailing (See Exhibit 1), and this Complaint was filed within 90 days of receipt of said Notice.

8. That the Plaintiff was employed by the Defendant Employer for forty-six years. Twenty of those years were in Human Resource Department, and the remaining twenty-six years in the Payroll Department.

9. That Defendant, through its agents discriminated against Plaintiff because of the Plaintiff's race, African American, in the manner indicated in the following paragraphs of this complaint from December 2017 through April 13, 2020. The continuing unlawful employment practices affecting her personally and financially caused Plaintiff to resign.

COUNT 1:
DISCRIMINATION IN EMPLOYMENT BASED UPON RACE AND AGE IN VIOLATION OF TITLE VII, 42 U.S.C. §2000 et seq.

Plaintiff realleges and incorporates herein by reference paragraphs 1 through 9 as if fully set out herein, and further states for her Count I of discrimination in employment based on race and age in violation of Title VII as follows:

10. That because of Plaintiff's race, and age Plaintiff received below average performance reviews, wherein prior to 2017, her performance reviews were exemplary.

11. That Defendant installed a Caucasian manager in the Payroll Department and that manager immediately treated Plaintiff differently than the similar situated white employees within that Department.

12. That Plaintiff started to receive below average work performance reviews which affected her ability to receive payroll bonuses and other incentives offered to white employees of the Defendant.

13. That Plaintiff received an award from Defendant denominated as the "Women of Color STEM Award" but was immediately ridiculed, stifled and subjugated by the Manager Ms. Amber Lee, by stating the only reason the Plaintiff received the award because she was black and that the Company wanted to increase their goals in Diversity and Inclusion.

14. That the chilling effect of Ms. Amber Lee's degrading statement was a foreshadowing of the discrimination the Defendant was to administer to Plaintiff.

15. That when other white employees have had work concerns similar to the Plaintiff's, those white employees were treated more favorably and less harshly because of the facts that the white employees were not pulled out of service, received below average performance reviews, nor terminated.

16. That all individuals responsible for the adverse employment decisions against the Plaintiff, including the Plaintiff supervisor and the supervisor's subordinate conspiratorial employees were working within the scope of their employment with Defendant with the authority granted from same to carry out their duties, which resulted in the unfair discrimination against the Plaintiff;

Electronically Filed - St Louis County - July 27, 2022 - 05:44 PM

17. That it was a common practice that employees of Defendant, namely Amber Lee, Rebecca Brennan, Holly Jensen, and Julie Casanova, similarly situated white females have lied, produced false reports against the Plaintiff causing her harm by trying to have Plaintiff fired from her job.

18. That Plaintiff was required to train less qualified people for Plaintiff's job and she became responsible for their inability to grasp their responsibilities.

19. That it was Defendant's intention to replace Plaintiff' position with these less qualified and younger people.

20. That on April 13, 2020, Payroll's Senior Manager, sent out an email to the department depicting a lady knitting a hangman's noose. This came as result of Plaintiff acting under her rights. The depiction was a racial affront to Plaintiff.

21. That on April 13, 2020, Plaintiff complained about the noose email to the Human Resource Department. Nothing was done to remedy the situation or adequately address Plaintiff's concerns and complaint.

22. That on Plaintiff has filed internal complaints with EEOC, and Ethics against the unlawful employment practices of the Defendant.

23. That as a result of the failures to correct the unlawful employment practices of Defendant. Plaintiff was forced to resign prematurely under threat of dismissal or received a substantially lower pension benefit due to the low ratings she had unjustly received.

WHEREFORE, Plaintiff prays this Honorable Court for a judgment against Defendant The Boeing Company for damages to Plaintiff due to the discrimination against Plaintiff based upon the Plaintiff's race, punitive damages in a sum so as to deter Defendants from conduct of

this nature in the future, for attorney's fees and costs associated with these proceedings, and for such other and further Orders as this Honorable Court deems meet, just and proper.

COUNT II
RETALIATION FOR COMPLAINTS OF RACIAL DISCRIMINATION IN VIOLATION OF
TITLE VII, 42 U.S.C. §2000 et seq.

Plaintiff realleges and incorporates herein by reference paragraphs 1 through 22 as if fully set out herein, and further states for his Count II of retaliation in violation of Title VII as follows:

23. That Defendant through Ms. Lee filed a series of internal administrative complaints against the Plaintiff in the month of May 2019, and that all resulted in Corrective Action Memos (CAM) placed in Plaintiff's work file.

24. That the CAMs placed in Plaintiff's file threatened her with dismissal, loss of pay and employment opportunities.

25. That all internal complaints filed by Plaintiff with Defendant were denied or dismissed further showing disregard and bias toward Plaintiff and in retaliation for her exercising her rights under the law.

WHEREFORE, Plaintiff prays this Honorable Court for a judgment against Defendant The Boeing Company for damages to Plaintiff due to the discrimination and retaliation against Plaintiff based upon the Plaintiff's race, punitive damages in a sum so as to deter Defendants from conduct of this nature in the future, for attorney's fees and costs associated with these proceedings, and for such other and further Orders as this Honorable Court deems meet, just and proper.

Electronically Filed - St Louis County - July 27, 2022 - 05:44 PM

Respectfully submitted,

_____
Herman L. Jimerson, #10509
225 S. Meramec, Suite 508
Clayton, MO  63105
314.862.0069
herman@jimersonlawfirm.com

STATE OF MISSOURI       )
                        ) SS
ST. LOUIS COUNTY        )

## AFFIDAVIT

COMES NOW Alicia Harrold, being first duly sworn according to law, and states that she has read the foregoing and states that the facts contained therein are true and correct according to her best knowledge, information, and belief.

_____
Ms. Alicia Harrold

Subscribed and sworn to before me this 17th day of July 2022.

_____
Notary Public

My commission expires:

Herman Jimerson
Notary Public Notary Seal
State of Missouri
St. Louis County
My Commission Expires 12/5/2025
Commission # 10438296



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

St. Louis District Office
1222 Spruce St, Rm 8 100
St Louis, MO 63103
(314) 798-1960
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 04/28/2022

**To:** Alicia Harrold
15638 Derbridge Way
Florissant, MO 63034

**Re:** Alicia Harrold v. THE BOEING COMPANY
EEOC Charge Number: 28E-2021-00156

EEOC Representative and email:   Joseph J. Wilson
State, Local & Tribal Program Manager
Joseph.Wilson@EEOC.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

Please retain this notice for your records.

On Behalf of the Commission:

Digitally Signed By: David Davis  4/28/2022
David Davis
Acting District Director

cc:   Christopher Katahira
Global EEO Compliance Specialist
THE BOEING COMPANY
P.O Box 3707 M/C 074-02
Seattle, WA 98124



EXHIBIT 1

Electronically Filed - St Louis County - July 27, 2022 - 05:44 PM

EEOC FORM 131-A (11/09)

# U.S. Equal Employment Opportunity Commission

| | |
|---|---|
| THE BOEING COMPANY<br>P.O. Box 515<br>Florissant, MO 63034 | **PERSON FILING CHARGE**<br><br>**Alicia Harrold**<br>THIS PERSON (check one or both)<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s)<br>**EEOC CHARGE NO.**<br>28E-2021-00156<br>**FEPA CHARGE NO.**<br>E-08/20-52561 |

## NOTICE OF CHARGE OF DISCRIMINATION IN JURISDICTION WHERE A FEP AGENCY WILL INITIALLY PROCESS
*(See the enclosed for additional information)*

THIS IS NOTICE THAT A CHARGE OF EMPLOYMENT DISCRIMINATION UNDER

[X] Title VII of the Civil Rights Act (Title VII)    [ ] The Equal Pay Act (EPA)    [ ] The Americans with Disabilities Act (ADA)

[X] The Age Discrimination in Employment Act (ADEA)    [ ] The Genetic Information Nondiscrimination Act (GINA)

HAS BEEN RECEIVED BY

[ ] The EEOC and sent for initial processing to _____
*(FEP Agency)*

[X] The **Missouri Commission On Human Rights** and sent to EEOC for dual filing purposes.
*(FEP Agency)*

While EEOC has jurisdiction (upon expiration of any deferral requirement if this is a Title VII, ADA or GINA charge) to investigate this charge, EEOC may suspend its investigation and await the issuance of the Agency's final findings and orders. These findings and orders will be given weight by EEOC in making its own determination as to whether reasonable cause exists to believe that discrimination has occurred.

You are therefore encouraged to cooperate fully with the Agency. All facts and evidence provided by you to the Agency will be considered by EEOC when it reviews the Agency's final findings and orders. In many cases EEOC will take no further action, thereby avoiding the necessity of an investigation by both the Agency and EEOC. This likelihood is increased by your active cooperation with the Agency.

As a party to the charge, you may request that EEOC review the final findings and orders of the above-named Agency. For such a request to be honored, you must notify EEOC in writing within 15 days of your receipt of the Agency's final decision and order. If the Agency terminates its proceedings without issuing a final finding and order, you will be contacted further by EEOC. Regardless of whether the Agency or EEOC processes the charge, the Recordkeeping and Non-Retaliation provisions of the statutes as explained in the enclosed information sheet apply.

For further correspondence on this matter, please use the charge number(s) shown above.

Enclosure(s): Copy of Charge

**CIRCUMSTANCES OF ALLEGED DISCRIMINATION**

[X] Race   [ ] Color   [ ] Sex   [ ] Religion   [ ] National Origin   [X] Age   [ ] Disability   [X] Retaliation   [ ] Genetic Information   [ ] Other

See enclosed copy of charge of discrimination.

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| December 8, 2020 | Lloyd J. Vasquez, Jr.,<br>District Director | |

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[X] FEPA<br>[ ] EEOC | Agency(ies) Charge No(s):<br>E- |
|---|---|---|

| Missouri Commission On Human Rights | | and EEOC |
|---|---|---|
| *State or local Agency, if any* | | |

| Name (indicate Mr., Ms., Mrs.)<br>**Ms. Alicia Harrold** | Home Phone (Incl. Area Code)<br>**314.830.9585** | Date of Birth<br>**04/25/1953** |
|---|---|---|
| Street Address<br>**15638 Derbridge Way** | City, State and ZIP Code<br>**Florissant, MO 63034** | County<br>**STL** |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**The Boeing Company** | No. Employees, Members<br>**15+** | Phone No. (Include Area Code)<br>**312.544.2000** |
|---|---|---|
| Street Address<br>**P.O. Box 515** | City, State and ZIP Code<br>**St. Louis, MO 63034** | |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| [X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN<br>[X] RETALIATION  [X] AGE  [ ] DISABILITY  [ ] OTHER (Specify below.) | **04/30/2020**<br>[ ] CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I have worked for the Respondent for around 46 years. Over 26 years of that time has been on the Payroll Operations Team. Since the new Senior Manager of Payroll Operations (Caucasian) took over, I (African American), have been treated differently. Between, December 2017 until now, I have received below average performance reviews. Because of this, I did not receive a merit increase on April 30, 2020. This has had a major impact on my pension. I have received two corrective action reports. These were given to me by the Senior Manager after I initiated two alternate dispute resolutions regarding my performance reviews and going to the EEO and HR. My first encounter with the Manager was in 2017 after receiving the Woman of Color Award from my previous Manager. During my discussion regarding my performance review the new Manager mention the only reason I was given the award was because of Diversity and Inclusion. I believed this to be a very racist remark and I mentioned this to HR. On April 13, 2020, the Senior Manager of Payroll Operations sent out a non-work related email to the entire team. The email contained a picture of a lady knitting a hangman's noose. I was devastated that my manager would think that was ok to send out such an insensitive email.

**I believe I have been harassed by the Respondent due to my race and age, African American-67.**

1. From the time the Senior Manager of Payroll became my manager, she has made racist comments or action towards me as well as undermine my achievements with the Respondent.

**I believe I have been disciplined by the Respondent due to my race and retaliation, African America.**

1. Since the Senior Manager of Payroll took over I have been written up on more than one occasion.

**I believe I have been denied a pay raise by the Respondent due to my race and age, African American-67.**

1. Due to receiving a below average performance review I did not receive a merit increase.

*As remedy, I desire an end to the discrimination and anything else the Commission deems just and proper.*

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY -- When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| X  08/17/2020   x ALICIA HARROLD<br>Date       Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |



## IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>NANCY WATKINS MCLAUGHLIN | Case Number:  22SL-CC03462 |
|---|---|
| Plaintiff/Petitioner:<br>ALICIA HARROLD<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>HERMAN L. JIMERSON<br>225 SOUTH MERAMEC<br>SUITE 508<br>ST. LOUIS, MO  63105 |
| Defendant/Respondent:<br> THE BOEING CO | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:**   THE BOEING CO
                              Alias:
 R/A CSC LAWYER INC SERVICE CO
 221 BOLIVAR STREET
 JEFFERSON CITY, MO  65101



**COURT SEAL OF**

**ST. LOUIS COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
    **SPECIAL NEEDS:**  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

<u>  02-AUG-2022  </u>                                                                   _____
           Date                                                                                                                            Clerk

**Further Information:**
AD

### Sheriff's or Server's Return
**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.
  I certify that I have served the above summons by:  (check one)
  ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
  ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person at least 18 years of age residing therein.
  ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
   _____ (name) _____ (title).
  ☐ other _____.
  Served at _____ (address)
  in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

 _____                                          _____
     Printed Name of Sheriff or Server                                                            Signature of Sheriff or Server
            **Must be sworn before a notary public if not served by an authorized officer:**
            Subscribed and sworn to before me on _____ (date).
            My commission expires: _____                    _____
                                                                    Date                                                                Notary Public

(Seal)

**Sheriff's Fees, if applicable**
Summons                          $_____
Non Est                          $_____
Sheriff's Deputy Salary
Supplemental Surcharge           $____10.00_____
Mileage                          $_____ (_____ miles @ $._____ per mile)
**Total**                        $_____
A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

Twenty First Judicial Circuit

# NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

**Purpose of Notice**

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

**Your Rights and Obligations in Court Are Not Affected By This Notice**

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

**Alternative Dispute Resolution Procedures**

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

(1) **Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

(2) **Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms.  You should ask your lawyer for further information.



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division: NANCY WATKINS MCLAUGHLIN | Case Number: 22SL-CC03462 |
|---|---|
| Plaintiff/Petitioner: ALICIA HARROLD | Plaintiff's/Petitioner's Attorney/Address HERMAN L. JIMERSON 225 SOUTH MERAMEC SUITE 508 ST. LOUIS, MO 63105 |
| vs. | |
| Defendant/Respondent: THE BOEING CO | Court Address: ST LOUIS COUNTY COURT BUILDING 105 SOUTH CENTRAL AVENUE CLAYTON, MO 63105 |
| Nature of Suit: CC Employmnt Discrmntn 213.111 | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:** THE BOEING CO
Alias:
R/A CSC LAWYER INC SERVICE CO
221 BOLIVAR STREET
JEFFERSON CITY, MO 65101



COURT SEAL OF

ST. LOUIS COUNTY

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
   SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

02-AUG-2022
Date

_____ Clerk

Further Information:
AD

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person at least 18 years of age residing therein.
☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to ___CSC Lawyers S.L.___ (name) ___Designee___ (title).
☐ other _____.
Served at ___350 E. High___ (address)
in ___Cole___ (County/City of St. Louis), MO, on ___08/11/22___ (date) at ___8:00 AM___ (time).
___Sheriff John P. Wheeler___   by   ___F. [signature]___
Printed Name of Sheriff or Server           Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).

My commission expires: _____   _____
(Seal)                   Date                   Notary Public